IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHELDON WILKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:20-cv-01269-O |
| | § | |
| WILLIAM HUME et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On February 2, 2021, the Court issued the Scheduling Order (ECF No. 22), setting a mediation deadline of **July 22, 2021**, and requiring that "[w]ithin seven days after mediation, the parties shall jointly prepare and file a written report . . . ." ECF No. 22. Seven days have passed since July 22, 2021, and the parties have not filed a mediation report. Accordingly, the Court **DIRECTS** the parties to file a mediation report, signed by counsel of each party, detailing the date on which the mediation was held, the persons present (including the capacity of any representative), and a statement informing the Court of the effect of their mediation and whether this case has been settled by agreement of the parties on or before **August 2, 2021, at 5:00 P.M**.

**SO ORDERED** on this **30th day** of **July, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE