UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHELDON WILKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| WILLIAM HUME; BRAZOS DIRT WORKS; BRAZOS DIRT WORK; BRAZOS DIRT; DARIAN SHIRLEY, Individually and d/b/a BRAZOS DIRT WORKS, BRAZOS DIRT WORK AND BRAZOS DIRT; TARA SHIRLEY, Individually and d/b/a BRAZOS DIRT WORKS, BRAZOS DIRT WORK AND BRAZOS DIRT; VANTAGE SERVICES, LLC and LONNIE HUME, | § § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-01269-0 |
| Defendants. | § | |

**STIPULATION OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sheldon Wilks and Defendants William Hume; Brazos Dirt Works; Brazos Dirt Work; Brazos Dirt; Darian Shirley, Individually and d/b/a Brazos Dirt Works, Brazos Dirt Work and Brazos Dirt; Tara Shirley, Individually and d/b/a Brazos Dirt Works, Brazos Dirt Work and Brazos Dirt; Vantage Services, LLC and Lonnie Hume, the Parties to this action, hereby stipulate to the voluntary dismissal of this case without prejudice.

Each Party will bear their own costs and attorneys' fees in this matter.

SO STIPULATED this the 2nd day of August, 2021.

Respectfully submitted,

GORDON, ELIAS & SEELY, L.L.P.

By: /s/*Jeff Seely*
Jeff Seely
State Bar No. 24033172
jseely@geslawfirm.com
1811 Bering Drive, Suite 300
Houston, Texas 77057
Telephone: (713) 668-9999
Fax: (713) 668-1980
E-service: service@geslawfirm.com

**ATTORNEY FOR PLAINTIFF**

AND

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Michael L. Hurst*
Michael L. Hurst (Attorney-in-charge)
State Bar No. 10316320
mhurst@thompsoncoe.com
Kaitlin J. Cswaykus
State Bar No.  24094607
kcswaykus@thompsoncoe.com

700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Fax: (214) 871-8209

**ATTORNEYS FOR DEFENDANTS**